1 | RAYMOND H. AVER - State Bar No. 109577
LAW OFFICES OF RAYMOND H. AVER
2 | A Professional Corporation
1950 Sawtelle Boulevard, Suite 328
3 | Los Angeles, California 90025
Telephone: (310) 473-3511
4 | Facsimile: (310) 473-3512

5 | Attorneys for
PHYLLIS R. CADDELL
6 | Debtor and Debtor in Possession

7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]

10 |

11 | In re:                          )   Case No. 2:09-bk-31162-EC
                                   )
12 | PHYLLIS R. CADDELL,            )   Chapter 11
                                   )
13 |                               )   REDLINE VERSION OF "SECOND
                                   )   AMENDED DISCLOSURE STATEMENT
14 |          Debtor.              )   (Dated: November 2, 2010)"
                                   )
15 |                               )
                                   )
                                   )
16 |                               )   Second Amended Disclosure
                                   )   Statement Hearing:
17 |                               )   Date:  November 30, 2010
                                   )   Time:  3:00 p.m.
18 |                               )   Place: Courtroom 1639
                                   )          Roybal Federal Building
19 |                               )          255 East Temple Street
                                   )          Los Angeles, California
20 |                               )
21 | _____)

22 |

23 |

24 |

25 |

26 |

27 |

28 |
Law Offices
Of Raymond
H. Aver, APC

*REDLINED VERSION OF AMENDED DISCLOSURE STATEMENT*

1  RAYMOND H. AVER - State Bar No. 109577
   LAW OFFICES OF RAYMOND H. AVER
2  A Professional Corporation
   ~~12424 Wilshire~~1950 Sawtelle Boulevard, Suite ~~720~~328
3  Los Angeles, California 90025
   Telephone: (310) ~~571-3511~~473-3511
4  Facsimile: (310) ~~571-3512~~473-3511

5  Attorneys for
   PHYLLIS R. CADDELL
6  Debtor and Debtor In Possession

7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]

10

11  In re:                      )  Case No. LA 09-31162 EC
                                )
12  PHYLLIS R. CADDELL,         )  Chapter 11
                                )
13                              )  SECOND AMENDED DISCLOSURE
                                )  STATEMENT
14              Debtor.         )  (Dated: ~~April 15~~November 2, 2010)
                                )
15                              )
                                )  Second Amended Disclosure Statement
16                              )  ~~and~~
                                )  ~~Plan Confirmation~~ Hearing:
17                              )
                                )
18                              )  Date: ~~[To Be Scheduled]~~November
                                )  30, 2010
19  _____)  Time:  3:00 p.m.
                                   Place: Courtroom 1639
20                                        Roybal Federal Building
                                          255 East Temple Street
21                                        Los Angeles, California

22       Attached is the Plan Of Reorganization ("Plan") proposed by Phyllis

23  R. Caddell ("Debtor" or "Caddell"), the chapter 11 debtor and debtor in

24  possession in this bankruptcy case.  Debtor attests that the information

25  set forth in this Disclosure Statement and the Plan is accurate.   All

26  creditors should refer to Articles I-IV of the Plan for the precise

27  treatment of their claims.   This Disclosure Statement is explanatory

    only; the language used in the Plan is binding.   **Your rights may be**

Law Offices
Of Raymond
H. Aver, APC

affected.   You should read these papers carefully and discuss them with your attorney, if you have one.

## Part 1

### Proposed Treatment of Claims

A.    **Secured Creditors:** see Article I, Classes  2 & 3 of the Plan.   Debtor does not have any Class 2 claimants.   Debtor has two Class 3 claimants: —Class 3(a) - Los Angeles County Treasurer and Tax Collector; and Class 3(b) BAC Home Loan Servicing, LP (loan servicer for Bank of America, N.A., under its first priority deed of trust secured loan).

Debtor intends to  file an objection to the claim of the Los Angeles County Treasurer And Tax Collector ("Property Tax Claim").   If the objection to the Property Tax Claim is granted, then unsecured creditors will receive 3% of their allowed claims, rather than the 2% they will receive if the objection is overruled.

Debtor filed an adversary proceeding, *Caddell v. Bank Of America, N.A., et al.* ("Valuation Proceeding"), USBC Adv. No. 10-01548, to determine the value of that certain owner-occupied residential real property located at 1101 Heatherside Road, Pasadena, California 91406 ("Heatherside Property"), and to extinguish the second priority deed of trust of Bank Of America, N.A. and extinguish the third priority deed of trust of La Rue General Contractors, Inc.   If a judgment is entered in Debtor's favor in the Valuation Proceeding, the claims of Bank Of America, N.A. and La Rue General Contractors will be treated as unsecured claims.   For the purposes of this Disclosure Statement and Plan it is assumed that such judgments will be entered against Bank Of America, N.A. and La Rue General Partners, Inc.

Law Offices
Of Raymond
H. Aver, APC

B.   **General Unsecured Creditors:**  will be paid 2% of their allowed claims in quarterly installments over 7 years.  In the alternative, if the objection to the Property Tax Claim is granted, general unsecured creditors will be paid 3% of their allowed claims in quarterly installments over 7 years.  See Article I, Class 4 of the Plan.  Class 4 claimants includes:  EMC Mortgage Corporation (loan servicer for Bank of America, N.A., under its second priority deed of trust secured loan) and LaRue General Contractors, Inc., both of which are holders of junior deeds of trust against Debtor's residential real property located at 1101 Heatherside Road, Pasadena, California 91406 ("Heatherside Road Property").

C.   **Administrative Priority Claimants:**   will be paid in full shortly after the Plan is confirmed.  See Article I, Class 1(a) & Article II, B. of the Plan.  Debtor has no creditors in Class 1. Debtor's only administrative priority claimant, other than the Law Offices Of Raymond H. Aver, APC, is the United States Trustee.

D.   **Tax Priority Claimants:** will be paid over a period not exceeding six years with interest.  See Article II, C. of the Plan. Debtor's only tax priority claimant is the Internal Revenue Service.

E.   **Other Priority Claimants:**  See Article I, Class 1 of the Plan. Debtor does not have any other priority claimants.

F.   **Executory Contracts and Leases:**  see Article IV of the Plan. Debtor is not a party to any executory contracts or unexpired leases.

## Part 2

### Voting

A.   **Who may vote:**  Creditors are entitled to vote on confirmation of the Plan unless (i) their class is unimpaired (presumed to accept) or

1 is to receive no distribution (presumed to reject); (ii) an objection
2 has been filed to that creditor's claim, (iii) that creditor's claim is
3 scheduled by Debtor as contingent, disputed, unliquidated or unknown and
4 the creditor has not filed a proof of claim; or (iv) the claim is
5 unclassified (and thus required by law to be paid in full).  A creditor
6 whose claim has either been objected to or been scheduled by Debtor as
7 contingent, disputed, unliquidated or unknown and the creditor has not
8 filed a proof of claim, and who wishes to vote, must move to have its
9 claim allowed for voting purposes by filing a motion for such relief in
10 time for that motion to be heard at or before the hearing on
11 confirmation of the Plan ("Confirmation Hearing").

12 **B.   How to vote:**  Fill out and return the attached ballot so that
13 it is received by Debtor's counsel no later than 14 days before the
14 Confirmation Hearing.

15 **C.   Effect of vote:**  The Plan will be confirmed only if (i) it is
16 accepted by each impaired class, or (ii) it is accepted by at least one
17 impaired class (exclusive of insiders) and the Court determines that it
18 is "fair and equitable" (as defined by 11 U.S.C. §1129(b)) to all
19 dissenting classes of creditors.  A class of creditors accepts the Plan
20 if it is accepted by a majority in number and two-thirds in dollar
21 amount of creditors who cast ballots.

22

23 ### Part 3

24 ### Source of Payments under the Plan

25 The Debtor intends to make the payments required under the Plan
26 from the following categories as indicated:

27 _X_  **A.   Available Cash.**   Debtor projects $3,500.00 cash will be
available on the date of the Confirmation Hearing.

Law Offices
Of Raymond
H. Aver, APC

*SECOND AMENDED DISCLOSURE STATEMENT*                    Page 5

1    __X__  **B.   Future disposable income.**   Debtor calculates her projected

2    monthly disposable income for the 7-year period following confirmation

3    will be approximately $770.00.[1]   This is based on projected monthly

4    income of approximately $7,900.00 and expenses of approximately

5    $7,120.00 as set forth in "Debtor's Projected Monthly Income And

6    Expenses," attached as Exhibit A to the Plan.

7         This projection is consistent with Debtor's average monthly income

8    and expenses for the three years prior to the Petition Date.

9    __X__  **C.   Other sources of funding**, as follows:

10   If additional funds become necessary to meet Debtor's obligations under

11   the Plan, Debtor's parents and/or in laws are willing and able to

12   contribute the additional funds to satisfy any shortfall.

13

14                              **Part 4**

15                        **Liquidation Analysis**

16        Debtor's schedules A and B, as amended for the purposes of this

17   Disclosure Statement, are attached hereto as Exhibit B.   An Appendix

18   is attached to Exhibit B describing the valuation methods used for the

19   liquidation values.   Under this liquidation analysis:

20   Total Liquidation Value of Debtors' Assets:          $ 700,000.00

21   Less secured claims (Article I, Classes 2&3 of Plan) ($
     9~2~1~8~,~6~1~1~769.~5~0~99)

22

          Less estimated Chapter 7 trustee expenses     ($     -0-  )

23        Less Administrative Claims (est.)              ($  10,000.00)

24        (See Article II of Plan)

25        Less Priority Tax Claims                       ($  16,485.79)

26   _____

27        [1]  The income and expenses of Debtor's spouse are included in income and
     expense projections.  All references to Debtor's income or expenses include the
     income and expenses of Debtor's spouse.

1   Less Other Priority Claims                           ($      -0-  )
    (see Article I, Class 1 of Plan)
2
Liquidation value available to general unsecured
3   creditors                                            $      -0-

4       Divide by Estimated amount of general
        unsecured claims (see Article I,
5       Class 4 of Plan; Exhibit C)                      $      -0-

6
        Equals Estimated % of claim general unsecured
7       creditors would receive in a liquidation of Debtor    0%

8
                                Respectfully submitted,
9

10
                         By:_____
11                           PHYLLIS R. CADDELL
                             Debtor and Debtor In Possession
12

13
                         LAW OFFICES OF RAYMOND H. AVER
14                       A Professional Corporation

15
                         By:_____
16                           RAYMOND H. AVER
                             Attorneys for
17                           PHYLLIS R. CADDELL
                             Debtor and Debtor In Possession
18

19

20

21

22

23

24

25

26

27

## Part 5

### SUPPORTING DECLARATION

I, PHYLLIS R. CADDELL, declare:

1.   I am the chapter 11 debtor and debtor in possession in the chapter 11 case captioned *In re Phyllis R. Caddell,* Case No. LA 09-31162 EC.

2.   I assisted in the preparation of the ~~"Disclosure Statement"~~Second Amended Disclosure Statement (Dated: ~~April 15~~November 2, 2010)."

3.   I have reviewed the Disclosure Statement and attest to the truthfulness and accuracy of the facts set forth therein.

~~4.~~   4.   Attached to the Disclosure Statement as Exhibit A-1 is a

copy of "Debtor's Projected Monthly Income And Expenses - 2%."  The projections set forth therein are based on my average income and expenses during the past three years and include a calculation of plan payments over 7 years.

5.   Attached to the Disclosure Statement as Exhibit A-2 is a copy of "Debtor's Projected Monthly Income And Expenses - 3% Plan." The projections set forth therein are based on my average income and expenses during the past three years and include a calculation of plan payments over 7 years.

6.   I make this declaration of my personal knowledge, except for those facts which I believe based on information and belief.  If called upon as a witness in this matter, I could and would

Law Offices
Of Raymond
H. Aver, APC

1 | testify competently to the foregoing.

2 |     Executed this ~~15~~ 2ⁿ day of ~~April~~November, 2010, at Pasadena,

3 | California.   I declare under penalty of perjury that the foregoing is

4 | true and correct.

5 |

6 |                                        _____

7 |                                        PHYLLIS R. CADDELL

Law Offices
Of Raymond
H. Aver, APC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A–1**

26
27

Law Offices
Of Raymond
H. Aver, APC

Debtor's Projected Monthly Income And Expenses - 2% Plan

| Income | |
|---|---|
| Debtor's Income (from business) | $5,000.00 |
| Debtor's Spouse's Income (net payroll taxes) | $2,900.00 |
| Total Monthly Income | $7,900.00 |
| | |
| Expenses | |
| Mortgage Payment | $4,662.62 |
| Electricity | $160.00 |
| Water | $95.00 |
| Telephone | $60.00 |
| Cell Phone | $95.00 |
| Cable/Internet | $75.00 |
| Home Maintenance | $50.00 |
| Food | $525.00 |
| Clothing | $100.00 |
| Laundry/Dry Cleaning | $50.00 |
| Medical/Dental | $100.00 |
| Transportation | $225.00 |
| Health Insurance | $350.00 |
| Auto Insurance | $60.00 |
| Self Employment Tax | $350.00 |
| Business Expenses | $100.00 |
| Reserve | $65.00 |
| Total Monthly Expenses | $7,122.62 |
| | |
| | |
| Monthly Net Income | |
| Monthly Income | $7,900.00 |
| Monthly Expenses | $7,122.62 |
| Disposable Income | $777.38 |
| | |
| | |
| Plan Payments* | |
| Prepetition Arrearages For Mortgage | $225.34 |
| Property Taxes | $86.44 |
| IRS Priority Claim** | $392.79 |
| Unsecured Creditors** | $69.90 |
| Total Plan Payment | $774.47 |

* Plan payments listed are for the first 12 months of the plan. Plan payments for property taxes and unsecured creditors increase by 10% after each 12 month period.
** Although values given are monthly, the IRS and unsecured creditors will be paid quarterly.

Debtor's Projected Monthly Income And Expenses - 3% Plan

| Income | |
|---|---|
| Debtor's Income (from business) | $5,000.00 |
| Debtor's Spouse's Income (net payroll taxes) | $2,900.00 |
| Total Monthly Income | $7,900.00 |
| | |
| Expenses | |
| Mortgage Payment | $4,662.62 |
| Electricity | $160.00 |
| Water | $95.00 |
| Telephone | $60.00 |
| Cell Phone | $95.00 |
| Cable/Internet | $75.00 |
| Home Maintenance | $50.00 |
| Food | $525.00 |
| Clothing | $100.00 |
| Laundry/Dry Cleaning | $50.00 |
| Medical/Dental | $100.00 |
| Transportation | $225.00 |
| Health Insurance | $350.00 |
| Auto insurance | $60.00 |
| Self Employment Tax | $350.00 |
| Business Expenses | $100.00 |
| Reserve | $65.00 |
| Total Monthly Expenses | $7,122.62 |
| | |
| | |
| Monthly Net Income | |
| Monthly Income | $7,900.00 |
| Monthly Expenses | $7,122.62 |
| Disposable Income | $777.38 |
| | |
| | |
| Plan Payments* | |
| Prepetition Arrearages For Mortgage | $225.34 |
| IRS Priority Claim* | $392.79 |
| Unsecured Creditors | $142.10 |
| Total Plan Payment | $760.23 |

* Although values given are monthly, the IRS and
unsecured creditors will be paid quarterly.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A-2</u>**

26
27

Law Offices
Of Raymond
H. Aver, APC

*SECOND AMENDED DISCLOSURE STATEMENT*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**EXHIBIT B**

Law Offices
Of Raymond
H. Aver, APC

*SECOND AMENDED DISCLOSURE STATEMENT*

B6A (Official Form 6A) (12/07)

IN RE Caddell, Phyllis Renee                                      Case No. LA 09-31162 EC
                    Debtor(s)                                                    (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor's residence located at 1101 Heatherside Road Pasadena, CA 91105 | Fee Simple | | 700,000.00 | 1,072,832.00 |
| | | TOTAL | 700,000.00 | |
| | | | (Report also on Summary of Schedules) | |

Case 2:09-bk-31162-EC    Doc 9    Filed 08/25/09    Entered 08/25/09 21:59:16    Desc
Main Document    Page 5 of 36

B6B (Official Form 6B) (12/07)

IN RE Caddell, Phyllis Renee
_____
Debtor(s)

Case No. LA09-31162-EC
_____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand. | | Cash on hand | | 40.00 |
| 2  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America checking account | | 0.00 |
| | | Bank of America savings account | | 0.00 |
| | | Washington Mutual checking account | | 0.00 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4  Household goods and furnishings, include audio, video, and computer equipment | | Miscellaneous household goods, furniture, furnishings, television, stereos, video and computer equipment primarily for personal use | | 3,600.00 |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous non-collectable books, pictures, compact discs and dvd's | | 4,000.00 |
| 6  Wearing apparel. | | Clothing, shoes, hats, jackets, and other personal effects for a family of 2 | | 1,800.00 |
| 7  Furs and jewelry. | | Watches, glasses, and various items of personal jewelry (Wedding Ring) | | 2,500.00 |
| 8  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | State Farm Life Insurance (term) | | 0.00 |
| 10  Annuities. Itemize and name each issue | X | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13  Stock and interests in incorporated and unincorporated businesses. Itemize | | Pc Public Relations & Management | | 0.00 |

Case 2:09-bk-31162-EC    Doc 9    Filed 08/25/09    Entered 08/25/09 21:59:16    Desc
Main Document      Page 6 of 36

B6B (Official Bankruptcy Form 6B)

IN RE Caddell, Phyllis Renee _____       Case No. LA09-31162-EC
_____
Debtor(s)                                                        (If known)

### SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16  Accounts receivable. | X | | | |
| 17  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23  Licenses, franchises, and other general intangibles. Give particulars | X | | | |
| 24  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26  Boats, motors, and accessories. | X | | | |
| 27  Aircraft and accessories. | X | | | |
| 28  Office equipment, furnishings, and supplies. | | Computer & fax | | 2,500.00 |
| 29  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30  Inventory. | X | | | |
| 31  Animals. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

IN RE Caddell, Phyllis Renee
_____
Debtor(s)

Case No. LA09-31162-EC
_____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32  Crops - growing or harvested. Give particulars. | X | | | |
| 33  Farming equipment and implements. | X | | | |
| 34  Farm supplies, chemicals, and feed. | X | | | |
| 35  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 14,340.00 |

_____0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

Explanation Of Liquidation Value

Schedule A - Liquidation Value
Debtor's residence is valued at $700,000 pursuant to an Appraisal Report prepared by Charles
Cochran of Mission Appraisal, Inc. with an effective date of August 31, 2009.

Schedule B - Liquidation Value
All property listed on Schedule B is exempt as detailed on Debtor's schedule C and would
therefore have a liquidation value of zero.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                              EXHIBIT C

26

27

EXHIBIT C - LIST OF GENERAL UNSECURED CLAIMS

| | | | | CLASSIFIED CLAIMS: UNSECURED CLAIMS | | | |
|---|---|---|---|---|---|---|---|
| | | | | SCHEDULED CLAIMS | | FILED CLAIMS | |
| Class | Name | Insider | Impaired | Amount | D/C/U* | Amount | Objection |
| | American Express | N | Y | $37, 062.00 | N | $37,062.05 | N |
| | American Express | N | Y | $11,594.00 | N | $11,594.64 | N |
| | American Express | N | Y | $9762.00 | N | $9,762.45 | N |
| | American Express Centurion Bank | N | Y | $13,162.00 | Y | $13,162.87 | N |
| | Bank of America C/O National Enterprise Systems | N | Y | $19,545.55 | N | $19,545.55 | N |
| | Bank of America | N | Y | $14,466.00 | N | $14,466.51 | N |
| | Bank of America C/O Northstart Location Services | N | Y | $6,337.26 | | $6,337.26 | N |
| | Bank of America C/O LTD Financial Serviced | N | Y | $424.00 | N | | |
| | Bank of America C/O Penncro Associates | N | Y | $1,189.81 | N | $1,244.03 | N |
| | BMW Bank of North America | N | Y | $15,382.00 | N | $15282.64 | N |
| | BMW Financial Services | N | Y | $27,315.91 | N | $27,315.19 | N |
| | CBSD/Expo | N | Y | $34,967.00 | N | | |
| | Citi Now-PRA Receivables Management, LLC as Agent of Portfolio Recovery Association | N | Y | $9,743.00 | N | $10,016.84 | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| | EMC Mortgage Corporation | N | Y | $174, 602.00 | | $175,398.16 | N |
| | Franchise Tax Board | N | Y | | | $202.44 | N |
| | HSBC/Saks | N | Y | $396.00 | N | | |
| | Internal Revenue Service | | | | | $17,848.55 | N |
| | La Rue General Contractors, Inc. | N | Y | $31,195.45 | | | |
| | Nordstrom | N | Y | $778.00 | N | $895.58 | N |
| | Verizon Wireless | N | Y | $1,125.31 | N | $1125.31 | N |
| · | Vativ Recovery Solutions, LLC as Agent for Palisades Acquisition, LLC | | | | | $1,253.85 | N |
| | | | | | | | |
| | **TOTAL AMOUNT FOR CLASS** | | | | | 397,904.92 | |

* Disputed/contingent/unliquidated

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT D**

26
27

Form B14 - (Rev. 7/98)                                                          1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Raymond H. Aver - SBN109577<br>Law Offices Of Raymond H. Aver<br>A Professional Corporation<br>1950 Sawtelle Boulevard, Suite 328<br>Los Angeles, California 90025<br>Telephone: (310) 473-3511<br>Facsimile: (310) 473-3512<br><br>Q Attorney for Plan Proponent Phyllis R. Caddell, Debtor in Possession<br>*[insert name and capacity (e.g., Debtor in Possession, Creditors' Committee, Debtor XYZ, etc.)]* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11<br>CASE NO.:   LA 09-31162 EC |
|---|---|
| In re:<br><br>     Phyllis R. Caddell<br><br>                              Debtor. | DATE:<br>TIME:<br>CTRM:     1639 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan *[specify name]* Phyllis R. Caddell, Debtor in Possession  has filed a Plan of Reorganization ("Plan") on *[date]*November 2, 2010 for the Debtor in this case.  By this ballot you will vote to accept or reject this Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

   Your *[check one box only]* ❏ claim  ❏ equity interest  has been placed in Class *[insert Class]* ____ under the Plan.  If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party *[insert other party's name and address]* _____ on or before _____, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest *[select only one]*:

❏ 6.1   The undersigned is the holder of a Class *[insert Class]* ____  *[check one]* ❏ secured  ❏ priority  ❏ unsecured nonpriority claim against the Debtor in the unpaid amount of $ _____.

❏ 6.2   The undersigned is the holder of a Class *[insert Class]* ____  *[check one]* ❏ bond  ❏ debenture  ❏ debt security claim against the Debtor, consisting of $_____, principal amount of *[describe bond, debenture, or other debt security]* _____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

❏ 6.3   The undersigned is the holder of a Class *[insert Class]* ____ equity interest in the Debtor, consisting of *[number of shares]* ____ or other interests *[describe equity interest]* _____ in the Debtor.

   Other Classes:              ❏ See Attached Continuation Page

Rev. 7/98                                                                        FORM   B14

Form B14 (Continued) - (Rev. 7/98)          Ballot for Accepting or Rejecting Plan - Page Two of Three          1998 USBC, Central District of California

| In re:                    (SHORT TITLE) | CHAPTER 11 |
|---|---|
| Phyllis R. Caddell | |
| Debtor. | CASE NO.:    LA 09-31162 EC |

7. The undersigned *[check one box only]*:

❏  ACCEPTS THE PLAN              ❏  REJECTS THE PLAN

Dated:_____

　　　　　Name *[Print or type]*:        _____

　　　　　Signature:                  _____

　　　　　Title *[if corporation or partnership]*:  _____

　　　　　Address:                   _____

　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　_____

　　　　　Telephone No.:              _____

　　　　　Fax No.:                   _____

RETURN THIS BALLOT TO:

*[Type in name and address of proponent's attorney or other appropriate party]*

Raymond H. Aver
Law Offices Of Raymond H. Aver
A Professional Corporation
12424 Wilshire Boulevard, Suite 720
Los Angeles, California 90025

Form B14 (Continued) - (Rev. 7/98)

Ballot for Accepting or Rejecting Plan - Page Three of Three

1998 USBC, Central District of California

| In re: | (SHORT TITLE) | CHAPTER 11 |
|---|---|---|
| | Phyllis R. Caddell | |
| | Debtor. | CASE NO.:   LA 09-31162 EC |

PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF  Los Angeles

1.  I am employed in the County of  Los Angeles                , State of California.  I am over the age of 18 and
    not a party to the within action.  My business address is as follows:

2.  Regular Mail Service:

    On *[insert date]* _____, I served the document described as: BALLOT FOR ACCEPTING OR
    REJECTING PLAN on the interested parties at their last known address in this action by placing a true and correct
    copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at
    Los Angeles          , California, addressed as set forth below.

    ☑   Addresses continued on attached page

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated:

_____        _____
*Type Name*                              *Signature*

Rev. 7/98                                                    FORM   B14

**NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1950 Sawtelle Boulevard, Suite 328, Los Angeles, California 90025

The foregoing document described **REDLINE VERSION OF "AMENDED DISCLOSURE STATEMENT (Dated: September 14, 2010)"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 4, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  __X__    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **November 4, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

__    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 4, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ellen Carroll
Bin Outside Courtroom 1639

__    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 4, 2010 | Trevor Hunter | |
| *Date* | *Type Name* | *Signature* |

# SERVICE LIST

<u>Via NEF</u>

Raymond H Aver    ray@averlaw.com
Patti H Bass    ecf@bass-associates.com
Mark Domeyer    mdomeyer@mileslegal.com
Christopher M McDermott    ecfcacb@piteduncan.com
Matthew D Tokarz    mtokarz@mileslegal.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Christopher M Wall    acole@ncmllc.com

Law Offices
Of Raymond
H. Aver, APC

*REDLINED  VERSION  OF  AMENDED  DISCLOSURE  STATEMENT*

Page 3